UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CR-20840-HUCK/MCALILEY

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARIA VICTORIA OLIVA ROSALES,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge John J. O'Sullivan's Report and Recommendation on Change of Plea [D.E. 189], which was issued on July 17, 2017. In the Report and Recommendation, Magistrate Judge O'Sullivan recommends that the Defendant, Maria Victoria Oliva Rosales, be found to have freely and voluntarily entered a plea of guilty to Count One of the Second Superseding Indictment [D.E. 69], which charges Rosales with conspiracy to possess with intent to distribute a controlled substance — specifically, five hundred grams or more of a mixture and substance containing a detectable amount of cocaine — in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 846. Magistrate Judge O'Sullivan recommends that Rosales's guilty plea be accepted, that Rosales be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. Rosales and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge O'Sullivan's Report and Recommendation on Change of Plea [D.E. 189] is ADOPTED AND APPROVED in its entirety. Rosales's guilty plea is accepted, and she is adjudicated guilty of conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 846. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Thursday, September 28, 2017, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on July 3 1, 2017.

Paul C. Huck
United States District Judge

**Copies provided to:**

Counsel of Record
U.S. Pretrial Services
U.S. Probation